IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-cv-00681

| | |
|---|---|
| SANG CHI LIU | ) |
| | ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** |
| LEXISNEXIS RISK SOLUTIONS INC. | ) |

Please take notice that the undersigned Geoffrey H. Baskerville hereby enters a notice of special appearance as counsel for Sang Chi Liu in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Rashad Blossom.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

*/s/ Geoffrey H. Baskerville*
GEOFFREY H. BASKERVILLE
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
215-735-8600
gbaskerville@consumerlawfirm.com
PA Bar. No. 66375
Attorney for Sang Chi Liu

*/s/ Rashad Blossom*
RASHAD BLOSSOM
BLOSSOM LAW PLLC
301 S. McDowell Street, Suite 1103
Charlotte, NC 28204
704-256-7766
rblossom@blossomlaw.com
NC Bar. No. 45621
Local Civil Rule 83.1(d)
Counsel for Sang Chi Liu

Dated: August 16, 2023