UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SANG CHI LIU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23CV00681 |
| | ) |
| LEXISNEXIS RISK SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #9]. The Court has reviewed the Joint Report and approves it as submitted and as noted herein.

The Court notes that under Local Rule 83.9d, if the parties do not provide the name of an agreed-upon mediator within 21 days of this Order, the Clerk will select a mediator from the Court's panel of mediators. The Court notes that all discovery must be completed by July 31, 2024, and that deadline may not be altered by agreement of the parties absent a Court Order. In addition, the Court notes that pursuant to Local Rules 40.1 and 56.1(f), the trial date will be set by the Clerk's Office based on the July 31, 2024 close of discovery, not based on the date of ruling on dispositive motions. Finally, the Court notes that any dates for a final pretrial conference or for final pretrial motions will be determined by the District Judge prior to trial in this matter.

The parties anticipate filing a separate Local Rule 5.5 Report, which should be filed by December 22, 2023.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #9] is approved as submitted and as noted herein.

IT IS FURTHER ORDERED that the deadline for the Local Rule 5.5 Report is December 22, 2023.

This, the 12th day of December, 2023.

        /s/ Joi Elizabeth Peake
United States Magistrate Judge